# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>MARQUON T. JACKSON,<br><br>                      Defendant. | Case No. 18-CR-74-1-JPS<br><br>**ORDER** |

On April 17, 2018, the grand jury returned a three-count indictment that charged Defendant with two counts of unlawful possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), 924(c)(1)(A)(i), and one count of possession of marijuana with intent to distribute, in violation of 21 U.S.C. 841(a)(1), (b)(1)(D). (Docket #1). On February 22, 2019, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to one count of unlawful possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and one count of possession of marijuana with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D). (Docket #25).

The parties appeared before Magistrate Judge William E. Duffin on March 15, 2019 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #31). Defendant entered a plea of guilty as to Counts One and Two of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty pleas were knowing and voluntary, and that the offenses charged were

supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #32 at 1).

On March 18, 2019, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's pleas of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #32) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 10th day of April, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge